# Certificate of Debtor Education

I certify that on 10/18/2026, Harold Jones Jr.

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Southern District of Alabama.

Case number: 26-12507

Certificate number: ALS26-125075087412

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance